UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
: 
FELIX VASQUEZ, GUSTAVO MACEDO,
SALVADOR ALVARADO, JESUS EDUARDO :
ESQUIVEL, AARON SAAVEDRA, CARLOS
BERNAL, NOLBERTO GOMEZ, EMANUEL :
FLORES, PEDRO MENDEZ and EDUARDO
QUIROZ, *individually and on behalf of others* :
*similarly situated,*
:

                      Plaintiffs,    :    16cv2163

               -against-    :    ORDER FOR INITIAL
                              :    <u>PRETRIAL CONFERENCE</u>

FAST LABOR INC., FINE PRODUCTS AND
SERVICES INC., ARTHUR WERNER MOVING :
& STORAGE INC. (d/b/a "ARTHUR WERNER
MOVING & STORAGE"), MORDECHAI :
BITTON, DANA BITTON, ANDREW ZEITLIN
and TIMOTHY VEKSLER, :

                     Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        This action has been assigned to District Judge William H. Pauley III for all purposes. Counsel are directed to appear in Courtroom 20B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on June 10, 2016 at 10:00 a.m. for an initial pretrial conference with the Court for the purpose of discussing settlement, exploring contemplated motions, stipulating facts, narrowing issues, fixing a discovery schedule, and setting a date for trial. If you are proceeding <u>pro se</u> (without an attorney), you are required to appear personally at this conference.

Counsel are further directed to confer with each other prior to the conference regarding all of the subjects to be considered pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to file a written report outlining their discovery plan pursuant to that Rule. The written report must be filed at least seven (7) days prior to the initial pretrial conference with the Court. The parties shall send courtesy copies of that report and all pleadings to the United States Courthouse, Chambers 1920, 500 Pearl Street, New York, New York, 10007.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is received by Chambers prior to the date of the conference.

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must: (a) specify the reasons for the adjournment; (b) state whether the other parties have consented; and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

All subsequent Orders of this Court shall be issued through the Southern District of New York's Electronic Case Filing ("ECF") system. The parties shall file all pleadings electronically via the ECF system and promptly provide this Court with a complete courtesy copy of the filed papers. All counsel shall register as filing users in accordance with the Southern District's Procedures for Electronic Case Filing at least seven (7) days prior to the initial pretrial conference with the Court.

You are directed to: (a) serve copies of this Order upon all attorneys in this action and any parties who have not appeared through counsel; and (b) retain proof of such service. If you are unaware of the identity of counsel for any of the parties, then send a copy of the notice to that party personally.

Dated: March 29, 2016
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.


Lina Franco
Lina Franco Law, P.C.
42 Broadway, Suite 12-126
New York, New York 10004
*Counsel for Plaintiffs*


Ryan Lozar
Law Firm of Ryan Lozar
305 Broadway, 9th Floor
New York, New York 10007
*Counsel for Plaintiffs*