UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FELIX VASQUEZ, GUSTAVO MACEDO,
SALVADOR ALVARADO, JESUS EDUARDO
ESQUIVEL, AARON SAAVEDRA, CARLOS
BERNAL, NOLBERTO GOMEZ, EMANUEL
FLORES, PEDRO MENDEZ and EDUARDO
QUIROZ, *individually and on behalf of others
similarly situated*,

       Plaintiffs,    : 16cv2163

    -against-    : <u>SCHEDULING ORDER</u>

FAST LABOR INC., FINE PRODUCTS AND
SERVICES INC., ARTHUR WERNER MOVING
& STORAGE INC. (d/b/a "ARTHUR WERNER
MOVING & STORAGE"), MORDECHAI
BITTON, DANA BITTON, ANDREW ZEITLIN
and TIMOTHY VEKSLER,

       Defendants.
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

    The initial pre-trial conference scheduled for June 10, 2016 is rescheduled to June 17, 2016 at 10:00 a.m.

Dated: June 1, 2016
   New York, New York

               SO ORDERED:

               _____
               WILLIAM H. PAULEY III
                  U.S.D.J.

*Copies to counsel of record via ECF.*