## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:16-cv-02163-WHP                                    Purchased/Filed: March 29, 2016

STATE OF NEW YORK          UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW

FELIX VASQUEZ, GUSTAVO MACEDO, SALVADOR ALVARADO, JESUS EDUARDO ESQUIVEL, AARON SAAVEDRA, CARLOS BERNAL, NOLBERTO GOMEZ, EMANUEL FLORES, PEDRO MENDEZ AND EDUARDO QUIROZ,       Plaintiff

against

FAST LABOR INC., ET AL                                       Defendant

---

STATE OF NEW YORK  } SS.:
COUNTY OF ALBANY  }

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __April 4, 2016__, at __3:45pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT ORDER FOR INITIAL PRETRIAL CONFERENCE on

__FAST LABOR INC.__, the Defendant in this action, by delivering to and leaving with __Marybeth Huyck__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__   Approx. Wt: __125__   Approx. Ht: __5'4"__
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: ____

Sworn to before me on this
__4th__ day of __April, 2016__

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

Heather Morigerato
Attny's File No.
Invoice•Work Order # SP1604388

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179