# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:16-cv-02163-WHP                         Purchased/Filed: March 29, 2016

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF NEW

FELIX VASQUEZ, GUSTAVO MACEDO, SALVADOR ALVARADO, JESUS EDUARDO ESQUIVEL, AARON SAAVEDRA, CARLOS BERNAL, NOLBERTO GOMEZ, EMANUEL FLORES, PEDRO MENDEZ AND EDUARDO QUIROZ,     Plaintiff

against

FAST LABOR INC., ET AL     Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

___Heather Morigerato___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___April 4, 2016___, at ___3:45pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT ORDER FOR INITIAL PRETRIAL CONFERENCE

on

___FINE PRODUCTS AND SERVICES INC. N/K/A FAST LABOR, INC.___, the Defendant in this action, by delivering to and leaving with ___Marybeth Huyck___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__  Approx. Wt: __125__  Approx. Ht: __5'4"__  
Color of skin: __White__  Hair color: __Lt. Brown__  Sex: __Female__  Other: _____

Sworn to before me on this  
__4th__ day of ___April, 2016___

SCOTT SCHUSTER  
NOTARY PUBLIC, State of New York  
NO. 01SC6308636, Albany County  
Commission Expires July 28, 2018

Heather Morigerato  
Attny's File No.  
Invoice·Work Order # SP1604389

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*