UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

FELIX VASQUEZ, GUSTAVO MACEDO,
SALVADOR ALVARADO, JESUS EDUARDO
ESQUIVEL, AARON SAAVEDRA, CARLOS
BERNAL, NOLBERTO GOMEZ, EMANUEL
FLORES, PEDRO MENDEZ and EDUARDO QUIROZ,
*individually and on behalf of others similarly situated*,

        Plaintiffs,                    :       16cv2163

        -against-                      :       SCHEDULING ORDER

FAST LABOR INC., FINE PRODUCTS AND
SERVICES INC., ARTHUR WERNER MOVING &
STORAGE INC. (d/b/a "ARTHUR WERNER MOVING
& STORAGE"), MORDECHAI BITTON, DANA
BITTON, ANDREW ZEITLIN
and TIMOTHY VEKSLER,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on June 17, 2016, the following schedule is entered on consent:

(1) The parties shall provide this Court with a joint status update and submit any pre-motion letters by August 26, 2016;

(2) The parties shall appear for a status conference on September 9, 2016 at 11:00 a.m.;

(3) The parties shall complete fact discovery by December 30, 2016;

(4) The parties shall submit a joint pre-trial order by January 27, 2017; and

(5) The parties shall appear for a final pre-trial conference on February 3, 2017 at 11:00 a.m.

Dated: June 21, 2016
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*To all counsel of record via ECF.*

-2-