UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIX VASQUEZ, GUSTAVO MACEDO, SALVADOR ALVARADO, JESUS EDUARDO ESQUIVEL, AARON SAAVEDRA, CARLOS BERNAL, NOLBERTO GOMEZ, EMANUEL FLORES, PEDRO MENDEZ and EDUARDO QUIROZ, *individually and on behalf of others similarly situated*,

Plaintiffs,

-against-

FAST LABOR INC., FINE PRODUCTS AND SERVICES INC., ARTHUR WERNER MOVING & STORAGE INC. (d/b/a "ARTHUR WERNER MOVING & STORAGE"), MORDECHAI BITTON, DANA BITTON, ANDREW ZEITLIN and TIMOTHY VEKSLER,

Defendants.

16cv2163

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

---

WILLIAM H. PAULEY III, District Judge:

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

\_\_\_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**X** Settlement

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

====================================================================

DATED: July 29, 2016
New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.