UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
----------------------------------------------------------- x

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/8/16

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned _____

Vasquez, et al v. Fast Labor, Inc., et al , No. 16-cv-2163 . AP

The date(s) for which such authorization is provided is (are) August 16, 2016 _of 2/04_ . AP

| Attorney | Device(s) |
|---|---|
| 1. Andrew M. Zeitlin | Cellular phone |
| 2. Daniel A. Schwartz | Cellular phone |
| 3. Keegan A. Drenosky | Cellular phone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 8/8/16

United States Judge
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

copies: [illegible]

Revised: February 26, 2014

