# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  August 9, 2016                                           Total Number of Pages:


MEMO ENDORSED:

DENIED - The Court cannot and will not conduct a settlement conference without the parties present. The Court also notes that we asked counsel for an agreed date for the conference and this was agreed to. If the parties can find time that works for everyone on August 18 in the afternoon, the conference date can be changed (or to a date of 8/10 or 8/11).


Copies by ECF to: All Counsel
                  Judge Pauley

# LAW OFFICES OF MARK BRATKOVSKY, PC.
## Attorney at Law

2652 CONEY ISLAND AVENUE * BROOKLYN, NEW YORK 11223
Tel 718-891-0564 * Fax 718-232-4333
LEGAL@MBLAWNY.COM

**BY ECF**

**MEMO ENDORSED**

August 8, 2016

Honorable Judge Andrew Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:* 1:16-cv-2163 Vasquez. V. Fast Labor

Dear Magistrate Judge Peck:

Please be advised that the Law Offices of Mark Bratkovsky PC, have been retained by the Defendant, Fast Labor Inc. Fine Products and Services., Inc. and Timothy Veksler.

Mr. Veksler, has pre-purchased flight tickets, to the Dominican Republic, which we have attached proof of purchase to this Letter. It is requested that Mr. Veksler, be excused from this conference or appear telephonically. All counsel have consented to this request.

Moreover, we respectfully request permission to bring a cellular phone to the settlement conference scheduled from Tuesday, August 16, 2016 at 2:00PM. I have attached a proposed order in the form specific in the Court's February 27, 2014 Standing Order M10-468.

Should you have any further questions please do not hesitate to contact me.

cc: All Counsel

Respectfully submitted,

/s/ Steven Yuniver,
Esq.   (SY4383)
STEVEN YUNIVER

Handwritten endorsement: DENIED — The Court cannot and will not conduct a settlement conference without the party present. It is certainly not plaintiff's burden to find counsel for an opposing party that has not appeared to. If the parties cannot find someone that can appear on August 16 at 2PM, the settlement conference will be adjourned (or moved to a date of convenience). Pls. report by 8/11. SO ORDERED: Hon. Andrew Jay Peck, United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/9/16

To: info@fastlaborinc.com

Flight Receipt and Itinerary



Hello, TIMOUR

**Your Trip Confirmation #: GCS2U8**           MANAGE MY TRIP >

| **Fri, 12AUG** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 493<br>BUSINESS (Z) | NYC-KENNEDY<br>8:35am | SANTO DOMINGO, DOMINICAN REPUBLIC<br>12:43pm |
| **Tue, 16AUG** | **DEPART** | **ARRIVE** |
| DELTA 502<br>BUSINESS (Z) | SANTO DOMINGO, DOMINICAN REPUBLIC<br>5:40pm | NYC-KENNEDY<br>9:35pm |

---

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

---

Waste Not, Want Not with Delta SkyMiles®

You're already flying—why not get credit for it? Join the SkyMiles Program and earn miles that never

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
----------------------------------------------------------------x

       The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __VASQUEZ V. VEKSLER_____

_____, No. _16 CV 2163_ .

The date(s) for which such authorization is provided is (are) _08/16/2016_____.

| Attorney | Device(s) |
|---|---|
| 1. STEVEN R YUNIVER | CELLULAR PHONE |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

       The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

       SO ORDERED:

Dated: _____

                                                          _____
                                                          United States Judge