Case 1:16-cv-02163-WHP   Document 54   Filed 08/09/16   Page 1 of 1

# LAW OFFICES OF MARK BRATKOVSKY, PC.
## Attorney at Law

2652 CONEY ISLAND AVENUE   *   BROOKLYN, NEW YORK 11223
Tel 718-891-0564   *   Fax 718-232-4333
LEGAL@MBLAWNY.COM

August 9, 2016

Honorable Judge Andrew Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:* 1:16-cv-2163 Vasquez. V. Fast Labor

Dear Magistrate Judge Peck:

Please be advised that the Law Offices of Mark Bratkovsky PC, have been retained by the Defendant, Fast Labor Inc. Fine Products and Services., Inc. and Timothy Veksler.

Instant counsel respectfully, submits this request to adjourn the settlement conference presently scheduled for August 16, 2016.

Instant Counsel has conferred with the court and confirmed with all parties, and the parties have agreed to adjourn the conference currently scheduled for August 16, 2016 to August 18, 2016 at 2:00PM.

cc: All Counsel

VIA ECF

Respectfully submitted,

/s/ Steven Yuniver, Esq. (SY4383)
STEVEN YUNIVER

**MEMO ENDORSED**

Approved. Settling now 8/18 at 2PM with clients present (Courtroom 20D, 500 Pearl St.).

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

BY ECF