UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
---------------------------------------------------------------- x

DATE LED: 8/15/16

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  VASQUEZ et al. v. FAST LABOR, INC., et al.

, No. 16-CV-2163 .

The date(s) for which such authorization is provided is (are) 8/18/16 at 2PM Conference

| Attorney | Device(s) |
|---|---|
| 1. LINA M. FRANCO | MACBOOK PRO 11 INCH COMPUTER |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 8/15/16

United States Judge
HON. ANDREW L. ~~
United States Magistrate Judge
Southern District of New York

Copy req'd: Aff [illegible]

Revised: Feb[ruary] [illegible]

BY ECF