**MEMO ENDORSED**

# RANCO LAW, P.C.
## ENT AND LITIGATION ATTORNEYS

42 BROADWAY, 12TH FLOOR  
NEW YORK, NY 10004  
WWW.LUCHAPORTUSDERECHOS.COM  
WWW.LINAFRANCO.COM  

TELEPHONE: (800) 933-5620  
FACSIMILE: (646) 304-5129  

LINA@LINAFRANCO.COM

August 22nd, 2016

**By ECF**

Hon. William H. Pauley, III  
United States District Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

       Re:    1:16-cv-02163-WHP Vasquez et al v. Fast Labor Inc. et al

Dear Judge Pauley:

    We represent the Plaintiffs in the above referenced matter. The parties write jointly to respectfully request a two-week continuance of the upcoming August 26th deadline to provide the Court with a joint status update. <u>We respectfully request that the deadline for the joint status report be extended by two weeks, to September 9th, 2016. Additionally, Defendants request that the deadline to submit a pre-motion letter be also extended.</u>

    The reason for the request is that the parties had fruitful and promising settlement discussions before Magistrate Judge Andrew J. Peck and reached a settlement in principle. Therefore, the parties wish to direct their efforts towards finalizing the settlement. This is the first request for an extension of the deadline to submit a status update.

    We thank the Court for its attention to this matter.

                                   Respectfully submitted,

Application granted.  
**SO ORDERED:**

                                   Sincerely Yours,  
                                   /s/ *Lina Franco*  
                                   Lina M. Franco

_____  8/22/16  
WILLIAM H. PAULEY III  
U.S.D.J.