**MEMO ENDORSED**

# LAW OFFICES OF MARK BRATKOVSKY, PC.
## Attorney at Law

2652 CONEY ISLAND AVENUE   *   BROOKLYN, NEW YORK 11223
Tel  718-891-0564   *   Fax  718-232-4333
LEGAL@MBLAWNY.COM

September 6, 2016

Honorable Judge William H. Pauley III
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:* 1:16-cv-2163 Vasquez. V. Fast Labor

Dear Honorable Judge Pauley:

Please be advised that the Law Offices of Mark Bratkovsky PC, represent the Defendant, Fast Labor Inc. Fine Products and Services., Inc. and Timothy Veksler.

The parties have in sum and substance settled the above referenced matter. As per the telephone conference held with this court on August 30, 2016, and on consent of all parties, instant counsel is requesting that the hearing scheduled for September 9, 2016, is adjourned and held in abeyance pending Plaintiff's counsel submitting a fully executed settlement agreement for this Honorable Court's approval.

Respectfully submitted,

/s/ Steven Yuniver,
Esq.____(SY4383)_____
STEVEN YUNIVER

Application granted.
The parties are directed to provide this Court with the fully executed settlement agreement or a status update by September 23, 2016.

SO ORDERED:

*[signature]* 9/7/16
WILLIAM H. PAULEY III
U.S.D.J.